DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BENDIX THOERMER,**
Appellant,

v.

**STATE FARM FIRE AND CASUALTY COMPANY,**
Appellee.

No. 4D2025-0097

[October 30, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. CACE24-001618.

John A. Willis of Willis Law, P.A., Boca Raton, for appellant.

James Michael Shaw, Jr. of Butler Weihmuller Katz Craig LLP, Tampa, and Warren B. Kwavnick of The Law Office of Warren B. Kwavnick, PLLC, Pembroke Pines, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., MAY, J., and EWEN, LILLIAN, Associate Judge, concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***